# Order

Michigan Supreme Court
Lansing, Michigan

March 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132109

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 132109
                                        COA: 268012
                                        Wayne CC: 95-007486

CORTEZ CUNNINGHAM,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 2, 2006 order of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave within 28 days after the date of this order, specifically stating its position on whether defendant is entitled to jail credit and, if so, in what amount.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2007

_____
Clerk

d0327